UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SANTO LANZAFAME in his fiduciary capacity as a ,
Trustee of the POINTERS, CLEANERS & CAULKERS
WELFARE, PENSION & ANNUITY FUNDS, and as
President of the BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL UNION NO. 1, B.A.C.I.U.,
AFL-CIO,

                             Plaintiffs,

   -against-

DIAMOND EXTERIOR RESTORATION CORP.,
FRANCIS A. LEE COMPANY, A CORPORATION,
DEBRA SOEHNGEN, FRANCIS A. LEE, and JOHN
and/or JANE DOE FIDUCIARY

                             Defendants.
----------------------------------------------------------------x

04 Civ. 4951 (FB)

## CONSENT TO SUBSTITUTION OF COUNSEL

The undersigned hereby consents to the substitution of McDonough Marcus Cohn Tretter Heller & Kanka, LLP as attorneys of record in connection with the above-captioned matter on behalf of Francis A. Lee Company, a Corporation and Francis A. Lee in place and instead of Todtman, Nachamie, Spizz & Johns, P.C. as of the date hereof.

Dated: New York, New York
        June 21, 2005

                                          Francis A. Lee Company

                                   By: _____
                                        Stephen J. Lee, President

Francis A. Lee

By: *[signature]*
Francis A. Lee

McDonough Marcus Cohn Tretter Heller & Kanca, L.L.P.

By: *[signature]*
Randy J. Heller, Esq. (RH-9855)
Substitute Counsel for Defendants
Francis A. Lee Company and Francis A. Lee

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

By: *[signature]*
Richard S. Ciacci, Esq. (RC-0617)
Outgoing Counsel for Defendants
Francis A.. Lee Company and Francis A. Lee
425 Park Avenue, 5th Floor
New York, New York 10022
(212) 754-9400

So Ordered:

*[signature]*
U.S.D.J.