
ORIGINAL
D + F

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
SANTO LANZAFAME, in his fiduciary
capacity as a Trustee of the Pointers, Cleaners
& Caulkers Welfare Pension & Annuity Funds,
and as President of the Bricklayers and Allied
Craftworkers Local Union No. 1, B.A.C.I.U.,
AFL-CIO,
                     Plaintiff,

        -against-

DIAMOND EXTERIOR RESTORATION
CORP., et al.,
                     Defendants.
----------------------------------------x
```

**ORDER**
04-CV-4951 (FB)(CLP)

*Appearances*:
*For the Plaintiff*:
WILLIAM EDWARD NAGEL, ESQ.
Holm and OHara, LLP
420 Lexington Avenue
Suite 1745
New York, NY 10170

**BLOCK, Senior District Judge:**

On May 8, 2006, Magistrate Judge Pollak issued a Report and Recommendation ("R & R") on the amount of damages to which plaintiff is entitled from defendant Diamond Exterior Restoration Corporation ("Diamond"). The R & R stated that "[a]ny objections to this [R & R] must be filed . . . within ten (10) days of receipt of this [R&R][,]" and that "[f]ailure to file objections within the specified time waives the right to appeal the District Court's order." *See* R & R at 10; *see also* 28 U.S.C. § 636(b)(1). Because the docket does not reveal whether Diamond has received a copy of the R&R, plaintiff shall

serve a copy of the R&R on Diamond by regular mail within 10 days from the date of this Order, and file proof of such service with the Court.

**SO ORDERED.**

_____
FREDERIC BLOCK
United States Senior District Judge

Brooklyn, New York
July 10, 2006